IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SYLVIA EMIABATA, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 3:23-cv-00263 ) Judge Trauger |
| FARMERS INSURANCE CORPORATION, ET AL., | ) ) ) ) |
| Defendants. | ) |

## ORDER

On December 2, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by both defendants (Doc. No. 23) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2).

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge